IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:16-CV-279-DCK

| | |
|---|---|
| NATHANIEL ALAN ROSS RHODES JR., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| BUNCOMBE COUNTY; JACK VAN DUNCAN, in his individual capacities; WESTERN SURETY COMPANY; and CHARLES SAMUEL KIELSON, in his individual and official capacities, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, C. Frank Goldsmith, Jr., filed a "Report Of Mediator In Federal Court Action" (Document No. 37) notifying the Court that the parties reached a settlement on July 24, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 24, 2017**.

**SO ORDERED**.

Signed: July 24, 2017

David C. Keesler
United States Magistrate Judge